IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID ALBRECHT                                                    PLAINTIFF

V.                                NO. 12-3144

CAROLYN W. COLVIN                                    DEFENDANT

MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION[1]

      Plaintiff, DAVID ALBRECHT, appealed the Commissioner's denial of benefits to this court. On August 20, 2013, judgment was entered remanding plaintiff's case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). (ECF NO. 15). Plaintiff has moved for an award of $ 1,064.09 in attorney's fees and costs under 28 U.S.C. § 2412, the Equal Access to Justice Act (hereinafter "EAJA"), requesting compensation for 5.15 attorney hours of work before the court at $ 155 per hour, 3.25 paralegal hours at an hourly rate of $75.00 and $22.09 in expenses. (ECF No. 16-17). Defendant has filed a response indicating no objections to the request for fees and costs. (ECF No. 18).

      The undersigned finds that the request for fees and costs is reasonable. Accordingly, counsel is entitled to compensation under the EAJA for: 5.15 hours for attorney's fees, at the rate of $155 per hour, 3.25 hours for paralegal fees, at the rate of $75.00, and for $22.09 in expenses for a total attorney's fee award of $1,064.09.

      Further, this award should be made payable directly to Plaintiff, but properly mailed to Plaintiff's attorney. The parties are reminded that the award under the EAJA will be taken into

---

[1] On January 10, 2014, an Order granting Plaintiff's motion for attorney fees was entered. This should have been a report and recommendation. As such, the clerk is hereby directed to extinguish the link to the January 10, 2014 order.

account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406, in order to prevent double recovery by counsel for the Plaintiff.

**The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

Based upon the foregoing, I recommend awarding Plaintiff $1,064.09 pursuant to the EAJA, 28 U.S.C. § 2412.

Dated this 6th day of February 2014.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE